**Markus Loren COOK, Petitioner,**

v.

**UNITED STATES of America, Respondent.**

No. 04–74553.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2004 *.

Filed Oct. 22, 2004.

Markus Loren Cook, Florence, CO, petitioner, pro se.

United States of America, no appearance.

Before: KLEINFELD, TASHIMA and GOULD, Circuit Judges.

**ORDER**

Petitioner has filed an application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the district

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

court. Petitioner contends that his sentence is unconstitutional under the Supreme Court's recent opinion in *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004).

In our decision in *Rees v. Hill,* 286 F.3d 1103 (9th Cir.2002), we determined that, because the Supreme Court had not mandated that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), be applied retroactively on collateral review, Rees could not meet the requirements in 28 U.S.C. § 2244 for obtaining leave to file a second petition for habeas relief based on an alleged violation of *Apprendi. Rees* at 1104; *see also United States v. Sanchez–Cervantes,* 282 F.3d 664 (9th Cir.2002).

Similarly, the Supreme Court has not made *Blakely* retroactive to cases on collateral review. Petitioner's application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the district court is therefore denied. *See also In re Dean,* 375 F.3d 1287 (11th Cir.2004); *Simpson v. United States* 376 F.3d 679 (7th Cir.2004).

No petition for rehearing or motion for reconsideration shall be filed or entertained in this case. *See* 28 U.S.C. § 2244(b)(3)(E).

### APPLICATION DENIED.